# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GLEN THOMAS,

               Plaintiff,

    v.

KEN CLARK, et al.,

               Defendants.

_____/

CASE NO. 1:08-cv-01582-WMW PC

ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

(Doc. 8)

Plaintiff Glen Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to the American with Disabilities Act ("ADA"). Plaintiff is in the custody of the California Department of Corrections and Rehabilitation and is incarcerated at the California Substance Abuse Treatment Facility in Corcoran, California ("CSTAF"). Plaintiff is suing under section the ADA due to his exclusion from a prison "Care Provider" job position based on his disability. Plaintiff names the California Department of Corrections and Rehabilitation ("CDCR") as defendant.

Plaintiff filed the original complaint in this action on October 22, 2008. (Doc. #1.) The Court screened the original complaint and dismissed it with leave to amend. (Doc. #7.) Plaintiff filed his First Amended Complaint on April 23, 2009. (Doc. #8.) The Court screened Plaintiff's First Amended Complaint pursuant 28 U.S.C. § 1915A and found that it states cognizable claims against Defendant California Department of Corrections and Rehabilitation for violating the ADA. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S. Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1

1.         Service is appropriate for the following defendant:

                         CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION

2.         The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 22, 2009.

3.         Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.       Completed summons;

        b.       One completed USM-285 form for each defendant listed above; and

        c.       Two (2) copies of the endorsed complaint filed April 22, 2009.

4.         Plaintiff need not attempt service on Defendant(s) and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant(s) pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.         The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**    **May 11, 2009**                 **/s/ William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE