# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN THOMAS, | CASE NO. 1:08-cv-01582-SKO PC |
| Plaintiff, | ORDER STAYING ACTION |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff Glen Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2010, Defendants filed an order requesting a stay of this action through September 10, 2010 so that the parties can explore a possible settlement. Defendants' counsel indicates that he had a telephone conversation with Plaintiff where both parties agreed to request a stay to explore the possibility of a settlement. Defendants request that the deadline for filing dispositive motions be extended to accommodate the stay.

Accordingly, it is HEREBY ORDERED that:

1. This action is STAYED until September 10, 2010; and
2. The deadline for filing dispositive motions shall be extended to September 27, 2010.

IT IS SO ORDERED.

**Dated:   July 15, 2010**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1